IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

THERMO COMMUNICATIONS FUNDING, LLC,

    Plaintiff,

v.

WILBERFORCE UNIVERSITY,

    Defendant.

Case No. 3:16-CV-0321-whr

JUDGE RICE

## AGREED JUDGMENT ENTRY

WHEREAS, pursuant to the parties Settlement Agreement, a copy of which is attached hereto as **Exhibit 1**, in the event Defendant Wilberforce University defaulted in its payment obligations as set forth in the Settlement Agreement, Plaintiff shall be entitled to file this Agreed Judgment Entry to obtain a judgment against Defendant for the amounts set forth herein; and

WHEREAS, Plaintiff represents that Defendant has defaulted in its payment obligations under the parties' Settlement Agreement by failing to timely remit the payment to Plaintiff in accordance with the parties' Settlement Agreement; and

WHEREAS, this Court has retained jurisdiction to enforce the terms of the Settlement Agreement between the parties.

THEREFORE, it is ORDERED, ADJUDGED, and DECREED that Plaintiff shall be entitled to judgment against Defendant in the amount of $ __149,040.00__ , which is the outstanding amounts represented by Plaintiff to be still owed by Defendant to

Plaintiff under the parties' Settlement Agreement, together with interest at the Wall Street prime rate plus 2% per annum from January 5, 2016.

IT IS SO ORDERED.

Date: 9-14-17

_____
UNITED STATES DISTRICT JUDGE

AGREED:

s/ David A. Beck
David A. Beck (0072868)
Kevin C. Hulick (0093921)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
E-mail: beck@carpenterlipps.com
E-mail: hulick@carpenterlipps.com

*Attorneys for Plaintiff*

s/ Walter Reynolds
(reproduction of hard signature)
Walter Reynolds (0022991)
PORTER WRIGHT MORRIS & ARTHUR LLP
One South Main Street, Suite 1600
Dayton, Ohio 45402
Telephone: (937) 449-6714
Facsimile: (937) 449-6820
E-mail: wreynolds@porterwright.com

*Attorney for Defendant*